**Order entered March 6, 2013**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-12-01041-CR

**MICAL DANTRAL FORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-72750-M**

## ORDER

The Court **REINSTATES** this appeal.

On November 2, 2012, appellant's counsel John Tatum filed a motion to withdraw as counsel and an *Anders* brief in support of the motion. A copy of the motion and brief were sent to appellant. In response, appellant filed a pro se motion to dismiss his appeal. Because the motion was not signed by counsel, the Court could not grant it. *See* Tex. R. App. P. 42.2(a). Therefore, on November 14, 2012, the Court sent Mr. Tatum a letter, with a copy of the motion included, directing Mr. Tatum to sign and return the copy of the motion to withdraw if he concurred in appellant's decision. On November 29, 2012, appellant sent the Court a letter inquiring about the status of his motion to dismiss the appeal. On December 7, 2012, the Court

sent Mr. Tatum a second copy of appellant's pro se motion to dismiss the appeal and again directed him to sign and return the copy to the Court if he concurred in appellant's decision.

When we did not receive a response from counsel by January 8, 2013, we ordered the trial court to make findings regarding appellant's desire to pursue the appeal. We have not received the findings, but on February 28, 2013, we received the copy of appellant's motion to dismiss signed by counsel indicating he concurs in appellant's decision. Therefore, in the interest of expediting the appeal, we **VACATE** the January 8, 2013 order to the extent it requires findings.

We will dispose of appellant's motion to dismiss the appeal in due course.


/s/     DAVID W. EVANS
        JUSTICE